KINSELLA v. KINSELLA UNITED PROPERTIES CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Clinton W. Kinsella against

the Kinsella United Properties Company. No opinion. Motion granted. Settle order on notice.